**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7858

WARREN MALIK TYSON,

                                    Plaintiff - Appellant,

        versus

STATE OF NORTH CAROLINA, Department of
Corrections; WAKE COUNTY, Sheriff's Office;
WAKE MEDICAL HOSPITAL; UNIVERSITY OF NORTH
CAROLINA HOSPITAL AT CHAPEL HILL,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (CA-03-44-5-F)

Submitted: March 19, 2004          Decided:  April 1, 2004

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Warren Malik Tyson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Warren Malik Tyson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000) and denying his motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Tyson v. North Carolina, No. CA-03-44-5-F (E.D.N.C. June 26 and July 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -